# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Clarence William Lewis, Jr., Appellant v. The Money Source, Inc., Appellee

APPEAL FROM DISTRICT COURT:
District: United States District Court for the Middle District of Pennsylvania
D.C. Docket No.: 3:24-cv-00387-JKM
Date proceedings initiated in D.C.: March 4, 2024
Date Notice of Appeal filed: February 21, 2026
USCA No.: 26-1389

## COUNSEL ON APPEAL

**Appellant(s)**: Clarence William Lewis, Jr.
Name of Counsel: Carlo Sabatini
Name of Party(ies): Clarence William Lewis, Jr.
Address: 216 N. Blakely St., Dunmore, PA 18512
Telephone No.: (570) 341-9000
Fax No.: (570) 504-2769
E-mail: carlo@sabatinilawfirm.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Matthew Haar
Name of Party(ies): The Money Source, Inc., Appellee
Address: 650 College Road East, Suite 4000, Princeton, NJ 08540
Telephone No.: (717) 257-7508
Fax No.:
E-mail: matt.haar@saul.com

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?        Yes ☐    No ☑
Appeals Docket No.:

Was there a previous appeal in case?    Yes ☐    No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?    Yes ☐    No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☐    No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☑ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this __12th__ day of __March__, 20__26__.

Signature of Counsel: _Carlo Salotin_