OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 13, 2026

Matthew M. Haar, Esq.
Saul Ewing
2 N Second Street
Penn National Insurance Plaza, 7th Floor
Harrisburg, PA 17101

John P. Regan, Esq.
Saul Ewing
One PPG Place
Suite 3010
Pittsburgh, PA 15222

RE: In re: Clarence William Lewis, Jr.
Case Number: 26-1389
District Court Case Number: 3:24-cv-00387

Dear Counsel:

Pursuant to our docketing letter dated **February 26, 2026**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

Patricia S. Dodszuweit, Clerk


By: Stephanie
Case Manager
Direct Dial 267-299-4926

cc: Carlo Sabatini, Esq.