IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

CLARENCE WILLIAM LEWIS, JR. :
                                :
    Appellant,          :
                                :
    v.               : No. 26-1389
                                :
THE MONEY SOURCE, INC. :
                                :
    Appellee.          :

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of Appellee The Money Source, Inc.

Respectfully submitted,

Dated:  March 17, 2026         */s/ John Paul Regan*
                                John Paul Regan, Esq. (320664)
                                Saul Ewing LLP
                                One PPG Place, Suite 3010
                                Pittsburgh, PA  15222
                                JP.Regan@saul.com – 412.918.2500

                                *Counsel for Appellee*
                                *The Money Source, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026, I served a true and correct copy of

the foregoing Entry of Appearance via ECF filing.

.


Dated:  March 17, 2026                          */s/ John Paul Regan*
                                                John Paul Regan