IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

CLARENCE WILLIAM LEWIS, JR. :
                                  :
        Appellant,           :
                                    :
        v.                      : No. 26-1389
                                    :
THE MONEY SOURCE, INC.       :
                                    :
        Appellee.            :

## ENTRY OF APPEARANCE

TO THE CLERK:

      Please enter my appearance on behalf of Appellee The Money Source, Inc.

                                   Respectfully submitted,

Dated:  March 17, 2026         */s/ Matthew M. Haar*
                                  Matthew M. Haar, Esq. (85688)
                                  Saul Ewing LLP
                                  2 N. Second Street, 7th Floor
                                  Harrisburg, PA  17101
                                  matt.haar@saul.com – 717-257-7508

                                  *Counsel for Appellee*
                                  *The Money Source, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2026, I served a true and correct copy of the foregoing Entry of Appearance via ECF filing.

.

Dated:  March 17, 2026                    */s/ Matthew M. Haar*
                                          Matthew M. Haar