IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

CLARENCE WILLIAM LEWIS, JR. :
                        :
      Appellant,         :
                         :
      v.               :   No. 26-1389
                         :
THE MONEY SOURCE, INC.     :
                         :
      Appellee.        :

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

John Paul Regan, Esquire, moves for leave to withdraw his appearance as counsel for Appellee, The Money Source, Inc., in this case because he will be leaving the law firm of Saul Ewing LLP effective June 24, 2026.  Matthew Haar of Saul Ewing LLP will remain as counsel of record on behalf of Appellee, The Money Source, Inc., in this matter.

WHEREFORE, movant prays for an order granting leave to withdraw as counsel in this case.

Respectfully submitted,

Dated:  June 24, 2026        */s/ John Paul Regan*
                              John Paul Regan, Esq. (320664)
                              Saul Ewing LLP
                              One PPG Place, Suite 3010
                              Pittsburgh, PA  15222
                              JP.Regan@saul.com – 412.918.2500

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

CLARENCE WILLIAM LEWIS, JR. :
                                   :

    Appellant,            :

                                    :

    v.                   : No. 26-1389

                                    :

THE MONEY SOURCE, INC.   :

                                    :

    Appellee.           :

## **<u>PROPOSED ORDER</u>**

AND NOW, this ___ day of _____, 2026, upon consideration of John Paul Regan's Motion for Leave to Withdraw Appearance seeking permission to withdraw as counsel of record for Appellee, The Money Source, Inc., it is hereby ORDERED that said motion is granted and the appearance of John Paul Regan is hereby withdrawn.

BY THE COURT:

_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2026, I served a true and correct copy of the foregoing Motion for Leave to Withdraw Appearance was served on all counsel of record via ECF filing.


Dated:  June 24, 2026                                  */s/ John Paul Regan*
                                                                       John Paul Regan