**No. 26-1389**

# In the United States Court of Appeals for the Third Circuit

**IN RE: CLARENCE WILLIAM LEWIS, JR.**

**CLARENCE WILLIAM LEWIS, JR.**
*Appellant,*

v.

**THE MONEY SOURCE, INC.**
*Appellee.*

On Appeal from the United States District Court
for the Middle District of Pennsylvania
in Case No. 3:24-cv-00387-JKM

## APPELLANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX

Carlo Sabatini
SABATINI LAW FIRM, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

*Attorney for*
*Clarence William Lewis, Jr.*

September 15, 2026

## REQUESTED RELIEF

Appellant, Clarence William Lewis, Jr., respectfully moves this Court for leave to file the supplemental appendix (SAppx1–SAppx18) attached to this motion as Exhibit 1. *See* Fed. R. App. P. 27, 30; 3d Cir. L.A.R. 30.

## GROUNDS

1. On July 13, 2026, Lewis filed his opening brief and the joint appendix (Appx1–Appx337).

2. On August 26, 2026, Appellee, The Money Source, Inc. ("TMS"), filed its brief. In it, TMS asserts that it "ultimately disclaimed any entitlement" to the $900.00 in attorney's fees that gave rise to this litigation, and that it did so in 2019. (TMS Br. 1, 4.)

3. Lewis's reply brief responds to that assertion, relying in part on three documents that are part of the record below but that were not included in the joint appendix: (a) a letter from TMS's counsel to the bankruptcy court, filed of record on March 28, 2023 (Bankr. Dkt. 134); (b) the first amended complaint in *Lewis v. The Money Source, Inc.*, Adv. No. 5:23-ap-00007-MJC (Bankr. M.D. Pa.), which was filed in the District Court as Exhibit A to the exhibits accompanying Lewis's reply brief (D. Ct. Dkt. 14-1); and (c) the parties' settlement agreement in that adversary proceeding, filed in the District Court as Exhibit C to the same document (D. Ct. Dkt. 14-1).

4. Lewis cites each of those documents in his reply brief and considers them important to this Court's understanding of the assertion TMS has made. The need to cite them arose from TMS's brief: when the joint appendix was filed with Lewis's opening brief, TMS had not yet made to this Court the assertion that the documents address.

5. Each of the three documents is part of the record below and is therefore appropriate for inclusion in an appendix. *See* Fed. R. App. P. 30(a)(1)(D); 3d Cir. L.A.R. 30.3(a).

6. The documents sit on the dockets of the bankruptcy court and the District Court and are not available through this Court's electronic docket. Collecting them in a single supplemental appendix is the simplest means of placing them before the Court.

7. The supplemental appendix is limited to those three documents with a combined length of eighteen pages. It mirrors the format of the joint appendix, and duplicates nothing contained in the joint appendix. This Court has cautioned that a supplemental appendix should not "contain[] documents that are duplicative of materials" in another appendix. *Butler v. Liberty Mut.*, 655 F. App'x 138, 140 n.2 (3d Cir. 2016) (per curiam).

8. Under Federal Rule of Appellate Procedure 30(a)(2), "[p]arts of the record may be relied on by the court or the parties even though not included in the appendix." Lewis nevertheless seeks leave so that the documents he cites are conveniently before the Court.

9. Counsel for TMS was provided with a draft of this motion and the proposed Supplemental Appendix, and has advised that TMS takes no position.

**CONCLUSION**

For the foregoing reasons, Lewis respectfully requests that this Court grant him leave to file the supplemental appendix attached to this motion as Exhibit 1.

Respectfully submitted,

s/ Carlo Sabatini
Carlo Sabatini, PA 83831
Attorney for Plaintiff/Appellant

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 517 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5)–(6), as made applicable by Fed. R. App. P. 27(d)(1)(E), because it has been prepared in a proportionally spaced and serifed typeface using Microsoft Word in 14-point Times New Roman.

s/ Carlo Sabatini
Carlo Sabatini

## CERTIFICATE OF SERVICE

On September 15, 2026, I caused the foregoing motion, with its exhibit, to be filed through the Court's CM/ECF system, which will serve all counsel of record, including counsel for Appellee.

s/ Carlo Sabatini
Carlo Sabatini

## CERTIFICATE THAT MOTION HAS BEEN VIRUS CHECKED

A virus check was performed on the electronic version of this motion and the attached supplemental appendix using Microsoft Defender Antivirus version 1.459.219.0 and no virus was detected.

s/ Carlo Sabatini
Carlo Sabatini