**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| CLARENCE WILLIAM LEWIS, JR. | : | |
| Appellant, | : | |
| v. | : | No. 26-1389 |
| THE MONEY SOURCE, INC. | : | |
| Appellee. | : | |

**LINE**

Appellee The Money Source, Inc., by and through undersigned counsel, respectfully submits this Line advising the Court that it takes no position on Appellant, Clarence William Lewis, Jr.'s "Motion for Leave to File, Out of Time, His Statement in Support of Oral Argument, under L.A.R. 34.1(b), with the Statement Included," (Doc. 27).

Dated: September 25, 2026 Respectfully submitted,

Matthew M. Haar, Esq.
Saul Ewing LLP
2 N. Second Street, Seventh Floor
Harrisburg, PA 17101
Phone: (717) 257-7508
Fax: (717) 238-4622
Matt.Haar@saul.com

Daniel M. Moore, Esq.
Saul Ewing LLP
1001 Fleet Street, Ninth Floor
Baltimore, MD 21202
Phone: (410) 332-8734
Fax: (410) 332-8862
Daniel.Moore@saul.com

*Counsel for Appellee
The Money Source, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I served a true and correct copy of the foregoing Line via CM/ECF filing.

*/s/ Daniel M. Moore*
Daniel M. Moore