UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 26-1389**

In re: Clarence Williams Lewis, Jr.,
Appellant

To: Clerk

1) Motion by Appellant for Leave to File Out of Time His Statement in Support of Oral Argument Under L.A.R. 34.1(b), with Statement Included

2) Response by Appellee to Motion by Appellant for Leave to File Out of time His Statement in Support of Oral Argument Under L.A.R. 34.1(b) with Statement Included

---

The foregoing motion and response are referred to the merits panel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 14, 2026
Sb/cc: All Counsel of Record