**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 26-1389

Clarence William Lewis Jr. vs. The Money Source, Inc.

Calendar Date January 25, 2027 Location Philadelphia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Heather E. Kemp

Designation of Arguing Counsel: Heather E. Kemp (admission forthcoming)

Member of the Bar: ☐ Yes ☑ No

Representing (check only one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☑ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

The Money Source, Inc.

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)